UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JESSE LAPRADE and ENERGY )
SAVING CONCEPTS ORGANIZATION, )
L.L.C., )
 )
    Plaintiffs, )
 ) No. 3:03-0469
v. ) JUDGE ECHOLS
 )
ENERGY AUTOMATION SYSTEMS, )
INC. and JOSEPH C. MERLO, )
 )
    Defendants. )

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiffs' Motion to Strike Defendants' Supplemental Filing in Response to Plaintiffs' Motion for New Trial (Docket Entry No. 187) is hereby DENIED.

(2) Plaintiffs' Motion for New Trial (Docket Entry No. 164) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE